FILED'06 OCT 03 12:57 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DAWN F. MATTHIES,

        Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

Civil No. 05-1727-CO

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $4531.80 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this __3__ day of __OCTOBER__, 2006.

                                              John P. Cooney
                                          UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff